■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WALTER BISHOP, Appellant.— Appeal by defendant from a judgment of the Supreme Court, Queens County, rendered April 2, 1971, convicting him of forgery in the second degree, upon a plea of guilty, and sentencing him to an indeterminate prison term of not more than seven years. Judgment reversed, on the law, and case remanded to the Criminal Term for resentencing in accordance with the views herein set forth. The sentencing court should have followed the procedure provided in sections 207 and 208 of the Mental Hygiene Law. Rabin, P. J., Latham, Shapiro, Christ and Benjamin, JJ., concur.